IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **FREDERICK JONES, #1692682**, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:11-CV-01411-L-BK** |
| § | |
| **LINDA CROMER,** § | |
| § | |
| Defendant, § | |

## ORDER

On October 11, 2011, Plaintiff Frederick Jones filed a Motion to Voluntarily Dismiss This Case and Withdraw My Motion to Proceed *in Forma Pauperis*. The case was referred to Magistrate Judge Renée Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 14, 2011. After reviewing the pleadings, file, the record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are correct. The court therefore **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, Plaintiff's Motion to Voluntarily Dismiss This Case is **granted,** and this action is **dismissed without prejudice**. Plaintiff's Motion to Withdraw My Motion to Proceed *in Forma Pauperis* is **denied as moot**.

**It is so ordered** this 20th day of October, 2011.

Sam A. Lindsay
United States District Judge

Order – Solo Page